479 A.2d 1097

Commonwealth v. Dennis, Appellant.

Submitted April 16, 1984. Arnold Dranoff, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgments of sentence affirmed as to appellant's robbery and conspiracy convictions; judgments of sentence vacated as to appellant's theft and simple assault convictions.